IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tracy Damron, :
:
      Plaintiff(s), :
: Case Number: 1:13cv14
vs. :
: Chief Judge Susan J. Dlott
Warden, Southern Ohio Correctional Facility, :
:
      Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 11, 2013 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 28, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's case is **DISMISSED** with prejudice for lack of prosecution.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order will not be taken in good faith. *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.


    ___s/Susan J. Dlott_____
    Chief Judge Susan J. Dlott
    United States District Court